**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re

　　Anthony Urban Cisneros, III

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

　　I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

　　I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:　　November 20, 2019　　　　　　　　　　　　/s/ Anthony Urban Cisneros, III
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100　(Rev. 6/20/17)

Anthony Urban Cisneros, III

Allied Collections
3080 S Durango Drive Ste 208
Las Vegas, NV 89117

Amex Department Stores/Macys
PO Box 8218
Mason, OH 45040

Bank Of America
PO Box 982238
El Paso, TX 79998

Calvary Portfolio Services
500 Summit Lake Drive Suite 400
Valhalla, NY 10595

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

CB Indigo
PO Box 4499
Beaverton, OR 97076

CRB Auto/Mechanic Bank
430 Exchange
Irvine, CA 92602

Jpmcb Card Services
PO Box 15369
DE 19851

Kohl's
PO Box 30510
Los Angeles, CA 90030-0510

Macy's
PO Box 390905
Minneapolis, MN 55439

Mechanics Bank
PO Box 25085
Santa Ana, CA 92799

Synchrony Bank Sunglass Hut
PO Box 965005
Orlando, FL 32896

Synchrony Bank TJ Maxx
PO Box 965005
Orlando, FL 32896

```
USCB America
355 S Grand Ave. Ste. 3200 Box 306
Los Angeles, CA 90071-1591

Winn and Sims
110 E. Wilshire Ave. Ste. 212
Fullerton, CA 92832
```